685 A.2d 993

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Wingait FARMS, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 20, 1996.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of November, 1996, the Petitioner's Petition for Writ of Supersedeas is **GRANTED** pending this Court's final disposition of *Commonwealth v. Wingait Farms,* No. 81 Eastern District Appeal Docket 1995.